UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FRED QUIMBY, JONATHAN, JOSHUA,
JASON QUIMBY, RHONDA McSHAN,
et al.,

        Plaintiffs,

        v.

ASA JAMES VALLANCE, JR., and
JENNIE ANN VALLANCE, JR.,

        Defendants.
_____

CV 05-202-AS

ORDER

HAGGERTY, Chief Judge:

On October 27, 2005, Magistrate Judge Ashmanskas issued a Findings and Recommendation in this action (Doc. #40), in which the Magistrate Judge recommended that defendants' Petition for Attorney Fees (Doc. #27) be granted in the amount of $3,667.50. No objections were filed.

The matter is now before the court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). A district court "may accept, reject, or modify, in whole or in part, the findings or

1   - ORDER

recommendations" made by a magistrate judge. 28 U.S.C. § 636(b)(1). Within ten days of being served with a copy of the Findings and Recommendation, any party may file written objections and the court shall make a *de novo* determination of those portions of the Findings and Recommendation to which objections are made. *Id.* When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Thomas v. Arn,* 474 U.S. 140, 149-150 (1985); *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974). No clear error appears on the face of the record, and the court adopts Magistrate Judge Ashmanskas' Findings and Recommendation.

**CONCLUSION**

The Magistrate's Findings and Recommendation (Doc. #40) is adopted in its entirety. Defendants' Petition for Attorney Fees (Doc. #27) is GRANTED in the amount of $3,667.50.

IT IS SO ORDERED.

Dated this  22  day of November, 2005.

    /s/Ancer L.Haggerty    
    ANCER L. HAGGERTY
    United States District Judge